FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

JAN 2 7 2012

JAMES N. HATTEN, CLERK
By:
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

UNITED STATES OF AMERICA

-- versus --

CASE NO. 1:08-CR-356-13-WSD

ZULEY SANCHEZ

---

## NOTICE OF APPEAL

---

Notice is hereby given that, ZULEY SANCHEZ, defendant above named, hereby appeals by and through undersigned counsel to the United States Court of Appeals for the Eleventh Circuit from the final judgment and conviction and sentence entered on the docket in the above-styled action on January 10, 2012.

This ⎯⎯ day of January, 2012.

_Zuley Sanchez_
Zuley Sanchez, *Pro Se*

Zuley Sanchez, # 62845-019
Robert A. Deyton Detention Facility
P.O. Box 730
Lovejoy GA 30250